*Hector M. Hitchings* for appellant.

*Charles J. Patterson* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

ROSA FLOOD, Appellant, *v.* SARAH CAIN, as Guardian, et al.,
Respondents.

*Flood* v. *Cain*, 78 Hun, 378, affirmed.
(Submitted October 6, 1896; decided October 27, 1896.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered May
28, 1894, which affirmed a judgment in favor of defendant
entered upon a decision of the court on trial at Special Term
dismissing the complaint.

*Brooke & Brooke* for appellant.

*James O'Neil* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.

---

WILFRED EAMES et al., Appellants, *v.* JUDSON P. MORGAN et
al., Administrators, etc., Respondents.

*Eames* v. *Morgan*, 77 Hun, 612, affirmed.
(Argued October 6, 1896; decided October 27, 1896.)

APPEAL from judgment of the General Term of the
Supreme Court in the fourth judicial department, entered
May 23, 1894, which affirmed a judgment in favor of defend-
ants entered upon a decision of the court on trial at Special
Term dismissing the complaint.

*William Kernan* for appellants.

*Watson M. Rogers* for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN and VANN, JJ., not sitting.